UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SHIELA M. WILLCUTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  CV-08-3058-CI |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT IN A** |
| Commissioner of Social Security, | ) | **CIVIL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The case is remanded to the Commissioner for calculation and immediate award of benefits.  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: August 3, 2009

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk